■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMY GIZZE, Appellant. [934 NYS2d 804]—

Application by appellant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Mazzarelli, J.P., Friedman, Catterson, Renwick and Freedman, JJ.

■ NAGHIB SUMAR, Respondent, v BARRY FOX et al., Appellants. [934 NYS2d 805]—

Plaintiff commenced a prior action involving identical parties and causes of action. Defendants moved to dismiss the prior action for lack of personal jurisdiction. Plaintiff did not oppose the motion, which was granted "on default," with no indication that dismissal was on the merits or with prejudice. Under the circumstances, the doctrine of res judicata does not apply (see Wynn v Security Mut. Ins. Co., 12 AD3d 1100, 1100 [2004]; Espinoza v Concordia Intl. Forwarding Corp., 32 AD3d 326, 328 [2006]; Boorman v Deutsch, 152 AD2d 48, 52 [1989], lv dismissed 76 NY2d 889 [1990]), and plaintiff was free to commence this action without having to contest the dismissal of the prior action (see Espinoza, 32 AD3d at 327).

We have considered defendants' remaining contentions, and find them unavailing. Concur—Mazzarelli, J.P., Friedman, Catterson, Renwick and Freedman, JJ. [**Prior Case History: 2010 NY Slip Op 31241(U).**]